UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BILL CEPERO #94730, | ) | |
|         Plaintiff, | ) | Case No. 2:11-cv-1401-LRH-CWH |
| vs. | ) | **ORDER** |
| DOUGLAS GILLESPIE, *et al.*, | ) | Civil Rights Complaint (#1) |
|         Defendants. | ) | |

      This matter comes before the Court on Plaintiff's Civil Rights Complaint (#1), filed on August 31, 2011, and Plaintiff's Motion for Appointment of Counsel (#2), filed on August 30, 2011. Plaintiff James Robinson is proceeding in this action *pro se*. Plaintiff submitted a Complaint (#1) pursuant to 42 U.S.C. § 1983, but Plaintiff did not pay the required filing fee of $350.00 or file an application to proceed *in Forma Pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and (2) and Local Rules LSR 1-1 and 1-2.

      Pursuant to 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in federal district court. The Court may waive the filing fee where a prisoner-plaintiff complies with the strict application to proceed *in forma pauperis* filing requirements imposed by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915; *Page v. Torrey*, 201 F.3d 1136, 1139 (9th Cir. 2000). These include the requirements that the prisoner-plaintiff seeking to proceed *in forma pauperis* 1) submits a certified copy of his prisoner trust fund account statement for the previous six months, 2) pays the full amount of the filing fee, and 3) that a prisoner seeking to file an action regarding prison conditions first exhausts available administrative remedies, *see* 28 U.S.C. § 1915(a)-(b); *Page*, 201 F.3d at 1139. Because Plaintiff has not filed the appropriate *in forma pauperis* application or, alternatively, paid the appropriate filing fee, the request for appointment of

counsel is premature and will be denied without prejudice.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff shall file an Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate and certified copy of his prisoner trust fund account for the previous six months. The Clerk of the Court shall send Plaintiff a blank application form for *pro se* litigants who are incarcerated. In the alternative, Plaintiff shall make the necessary arrangements to pay the filing fee of three hundred fifty dollars ($350.00), accompanied by a copy of this Order. Plaintiff shall have **thirty (30) days** from the date on which this Order is entered to comply. Failure to comply will result in a recommendation to the District Judge for dismissal of this action.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Appointment of Counsel (#2) is **denied** without prejudice.

DATED this 31st day of October, 2011.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge