# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BILLY CEPERO,

        Plaintiff,

  vs.

DOUGLAS GILLESPIE, ET AL.,

        Defendants.

Case No.:  2:11-cv-01401-GMN-CWH

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court for consideration is the Report and Recommendation (ECF No. 10) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered December 28, 2011. No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Hoffman's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Magistrate Judge Hoffman's Recommendations are hereby **ACCEPTED**, and Plaintiff's Motion to Receive Free Copies (ECF No. 7) is **DENIED as moot**. Plaintiff's request was approved in the duplicative case 2:11-cv-01421-GMN-GWF.

DATED this 20th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge