# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BILL CEPERO #94730, | ) |
| Plaintiff, | ) Case No. 2:11-cv-1401-GMN-CWH |
| vs. | ) **ORDER** |
| DOUGLAS GILLESPIE, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Request Docket Sheets and Letters to the Clerk (#13), filed July 19, 2012.

On January 20, 2012, this matter was dismissed as the claims set forth are duplicative of those set forth in 2:11-cv-1421-GMN-GWF.  *See* Order (#12).  The order dismissing the claims was not appealed.  Thus, this case is closed and no further filings should be accepted under this case number.  The Court notes that the same relief requested here has also been requested in case 2:11-cv-1421-GMN-GWF.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Request Docket Sheets and Letters to the Clerk (#13) is **denied**.  The Clerk of Court shall accept no additional filings in this case.

DATED this 23rd day of July, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge